**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Marty L. Taylor-Bey         CASE NO.: 11-13536-BKC-RAM
Last Four Digits of SS# XXX-XX-5973

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $ 1159.00  for months   1   to  10  ;
    B.    $ 1117.00  for months  11   to  59  ;
    C.    $ 1144.00  for months  60  ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 5000.00  TOTAL PAID $  500 + 150 costs
                Balance Due    $  4,500.00  payable $ 450.00 /month (Months  1  to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Santander Consumer USA    Pay off    $ 5000.00 + 5.25% Interest
Address: 8585 N. Stemmons Fwy    Payment    $  111.55  /month (Months  11  to  60 )
    Dallas, TX 75247
Account No: 3000015819693100

2. Bayview Financial Loan    Arrearage on Petition Date $ 3000.00
Address: 4425 Ponce De Leon Blvd.    Arrears Payment $  50.00  /month (Months  1  to  60 )
    Coral Gables, 33146    Regular Payment $  543.00  /month (Months  1  to  60 )
Account No: 306326

3. _____    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment $_____ /month (Months ___ to ___)
    _____    Regular Payment $_____ /month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Santander Consumer USA | $5000.00 2003 Ford F150 | 5.25 % | $115.00 | 11 To 60 | $5,750.00 includes interest |
|  | $ | % | $ | ___ To ___ |  |
|  | $ | % | $ | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. IRS    Total Due $ 15,000.00
              Payable    $  300.00 /month (Months 11 to  60 ) Regular Payment $_____
2. _____    Total Due $_____
              Payable    $_____ /month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $  25.00  /month (Months 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:


 Lynn H. Gelman
Marty L. Taylo-Bey - Debtor
Date: 2/23/11

LF-31 (rev. 01/08/10)