**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Marty L. Taylor-Bey   CASE NO.: 11-13536-BKC-RAM
Last Four Digits of SS# XXX-XX-5973

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A. $ 1159.00  for months  1  to  10 ;
  B. $ 1195.00  for months  11  to  60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 5000.00  TOTAL PAID $  500 + 150 costs
           Balance Due   $ 4,500.00  payable $ 450.00 /month  (Months  1  to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Santander Consumer USA       Pay off    $See Valuation and pay of information in box below
Address: 8585 N. Stemmons Fwy
         Dallas, TX 75247
Account No: 3000015819693100

2. Bayview Financial Loan       Arrearage on Petition Date  $ 3000.00
Address: 4425 Ponce De Leon Blvd.   Arrears Payment  $ 50.00 /month (Months  1  to  60 )
         Coral Gables, 33146        Regular Payment  $ 543.00 /month (Months  1  to  60 )
Account No: 306326

3. _____       Arrearage on Petition Date  $_____
Address:_____       Arrears Payment   $_____/month (Months ___ to ___)
                                Regular Payment   $_____/month (Months ___ to ___)
Account No:_____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Santander Consumer USA | $7500.00 2003 Ford F150 | 5.25 % | $170.00 | 11 To 60 | $8500.00 includes interest |
| | $ | % | $ | ___ To ___ | |
| | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __IRS__            Total Due  $ 15,000.00
                      Payable   $ 300.00 /month (Months 11 to 60 ) Regular Payment $_____
2. _____   Total Due  $_____
                      Payable   $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 12.00 /month (Months 11 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor agrees to provide income tax returns to the Trustee as verification of income during each year the plan is pending.

__Lynn H. Gelman__
Marty L. Taylo-Bey - Debtor
Date: 5/10/11