# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                                CASE NO.: 98-10566-BKC-RAM

MARTY TAYLOR-BEY                                      CHAPTER 13 PROCEEDING

_____ Debtor. _____ /

## MOTION FOR APPROVAL OF FIRST MODIFIED PLAN

COMES NOW, **MARTY TAYLOR-BEY**, Debtor, by and through undersigned counsel, and moves this Court for an Order Approving Debtor's First Modified Plan, and as grounds therefore states:

1.      The Debtor filed a voluntary petition in Chapter 13 on February 10, 2011.  The Debtor's First Amended Chapter 13 Plan was confirmed by this Court on July 7, 2011.

2.      The Debtor has proposed the First Modified Plan , attached as Exhibit A.

3.      The First Modified plan does not extend the original 60 month term of the confirmed plan.

WHEREFORE the Debtors respectfully request the Court grant the Motion for Approval of the First Modified Plan and grant such other relief as may be just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing was served this _4_ day of Arpil, 2012, via CM/ECF Electronically system to **Nancy N Herkert,** e2c8f01@ch13herkert.com; **Office of the US Trustee,** USTPRegion21.MM.ECF@usdoj.gov; **Brian L Rosaler** brosaler@popkinrosaler.com; **Wayne M Singletary;** courtmail@schuylaw.com.

**CERTIFICATE OF ADMISSION**
I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A)

**RESPECTFULLY SUBMITTED,**
**LYNN H. GELMAN, P.A.**
1450 Madruga Avenue, Suite 302
Coral Gables, Florida  33146
Telephone:      (305)  668-6681
Facsimile:      (305)  668-6682

By:      /s/ Lynn H. Gelman_____
        **LYNN H. GELMAN, Esq.**
        **Florida Bar No.:  0245011**

UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
Case 11-13536-RAM   Doc 59   Filed 02/29/12   Page 1 of 4
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

X _____1st_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Marty L. Taylor-Bey                    CASE NO.: __11-13536-BKC-RAM_____

Last Four Digits of SS# XXX-XX-5973

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ 1,058.33 for months __1__ to _12_ ;

B.   $ 1,192.00 for months _13_ to _60_ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 5,000.00 TOTAL PAID $ __500 + 150 costs__

Paid          $ 4,500.00 paid $375.00/month (Months 1 to 12)

Balance Due   $   500.00 payable outside the plan

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _Santander Consumer USA_____      Pay off          $ See valuation and payoff information in box below

Address: _8585 N. Stemmons Fwy_

_____Dallas, TX 75247_____

Account No: 3000015819693100

2. Bayview Financial Loan_____      Arrearage on Petition Date     $ 3,000.00

Address: 4425 Ponce De Leon Blvd.     Arrears Payment    $ 50.88 /month (Months _1_ to _12_)

_____Coral Gables, 33146_____                           $ 49.78 /month (Months _13_ to _60_)

Account No. 306325                     Regular Payment    $ 552.50 / month (Months _1_ to _12_)

                                                          $ 540.63 / month (Months _13_ to _60_)

3. _____IRS_____     Amount due on Petition Date $ 13,127.31

Address: PO Box 7317_____      Arrears Payment    $_____/month (Months ____ to ____)

_____Philadelphia, PA 19101-7317_     Regular Payment   $ 279.62 /month (Months _13_ to _60_)

Account No: __TIN 5973____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Santander Consumer USA | $8,170.00 2003 Ford F150 | 5.25 % | $189.08 | 13 To 60 | $9,075.65 includes interest |
| | $ | % | $ | ___ To ___ | |
| | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __IRS_____     Total Due $ 81.98

                            Payable $ 1.71 /month (Months 13 to 60) Regular Payment $_____

2. _____     Total Due $_____

                            Payable $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 12.50 /month (Months 13 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor agrees to provide income tax returns to the Trustee as verification of income during each year the plan is pending.

_Lynn H. Gelman for_____

Marty L. Taylor-Bey - Debtor

Date: 2/29/2012_____