

ORDERED in the Southern District of Florida on August 6, 2012.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                CHAPTER 13 PROCEEDING

MARTY TAYLOR-BEY                                   CASE NO.: 11-13536-BKC-RAM

____Debtor.____/

### ORDER SUSTAINING OBJECTION TO CLAIM #1-1 FILED BY SANTANDER CONSUMER USA; ORDER OVERRULING OBJECTION TO CLAIM #8-1 FILED BY BAYVIEW LOAN SERVICING LLC.

**THIS MATTER** is before the Court on the Debtor's Objection to Claim #1-1 filed by Santander Consumer USA (hereafter "Santander") and Objection to Claim #8-1 filed by BayView Loan Servicing. (DE 58). The Objection contained the appropriate notice required pursuant to Local Rule 3007. Santander did not file a response to the objection and Certificate of No Response has been filed. BayView Loan Servicing filed a response and the Debtor has modified it's plan to conform to the payments required by BayView Loan Servicing per agreement. Based upon the foregoing it is:

**ORDERED** that the Objection to Claim #1-1 is sustained, the claim of Santander Consumer USA is allowed in the amounts provided for in the confirmed First Amended Plan and it is further;

**ORDERED** that the Objection to Claim #8-1 of BayView Loan Servicing is overruled. BayView shall be paid according to the Third Modified Plan.

###

**Submitted by: Lynn H. Gelman, Esq.**

cc: Attorney Gelman is directed to mail
    a conformed copy of this order to all
    interested parties immediately
    upon receipt