UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                    CASE No. 11-13536-BKC-RAM
                                                          Chapter 13
MARTY L. TAYLOR-BEY
    Debtor
_____/

### DEBTOR'S MOTION TO MODIFY FIFTH MODIFIED CHAPTER 13 PLAN and Certificate of Service of the Motion and the Court Generated Notice of Hearing

The Debtor(s), Marty L. Taylor-Bey, by and through the undersigned counsel moves this honorable court for an order allowing Debtor to modify the Fifth Modified Chapter 13 Plan and confirming the Sixth Modified Chapter 13 Plan, a copy of the Sixth Modified Chapter 13 Plan will be filed prior to the scheduled hearing on the matter. In support thereof the Debtor states the following:

1. Debtor filed for bankruptcy protection on 02/10/2011.
2. The Fifth Modified Chapter 13 Plan was confirmed on 7/29/2014.
3. Debtor(s) has paid in approximately $77,265.00 toward their Chapter 13 Plan.
4. The Debtor(s) wishes to modify the Chapter 13 plan to cure the current delinquency, as they cannot fully fund it at this time.
5. The granting of this motion would not prejudice any creditor.

**WHEREFORE** the Debtor requests that this court enter an order allowing debtor to modify the Fifth Modified Chapter 13 Plan and confirming the Sixth Modified Chapter 13 Plan.

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090- 1(A)

Dated this 3rd day of August, 2015.

Respectfully submitted,
Miller & Funcia, P.A.
9555 N. Kendall Drive, Suite 211
Miami, Florida 33176
Phone: 305-274-2922
Fax:    305-722-3656
millerfunciapa@bellsouth.net
/s/_____
Joshua S. Miller, Esq. FBN 64191

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 9073-1(D)

I certify that a true copy of the foregoing motion, chapter 13 plan and a true copy of the Notice of Hearing of the foregoing motion, subsequently generated by the court after the filing of the foregoing motion, will be served electronically by the court as set forth below and via regular US Mail to all creditors as set forth below on the 3rd day of August, 2015.

*Electronically*

*Joshua S Miller, Esq on behalf of Debtor Marty L. Taylor-Bey*
*joshuasmillerpa@bellsouth.net, millerfunciaecf@gmail.com*
*Nancy K. Neidich*
*e2c8f01@ch13herkert.com*
*Office of the US Trustee*
*USTPRegion21.MM.ECF@usdoj.gov*
*Brian L Rosaler, Esq on behalf of Creditor Bayview Loan Servicing LLC*
*brosaler@popkinrosaler.com, hbehzadpour@popkinrosaler.com;cohavon@popkinrosaler.com;rcohn@popkinrosaler.com*
*Wayne M Singletary, Esq on behalf of Creditor Santander Consumer USA Inc*
*courtmail@schuylaw.com*

*Via First Class Mail*

To all other interested parties on the attached service list_Matrix

I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing, if appropriate for the foregoing motion.

Dated this 3rd day of August, 2015.

Respectfully submitted,
Miller & Funcia, P.A.
9555 N. Kendall Drive, Suite 211
Miami, Florida 33176
Phone: 305-274-2922
Fax:    305-722-3656
millerfunciapa@bellsouth.net
/s/_____
Joshua S. Miller, Esq. FBN 64191

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 11-13536-RAM<br>Southern District of Florida<br>Miami<br>Mon Aug  3 12:17:54 EDT 2015 | Bayview Loan Servicing LLC<br>c/o:  Brian L Rosaler, Esq.<br>1701 W Hillsboro Blvd #400<br>Deerfield Beach, FL 33442-1572 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| National Capital Management, LLC<br>POB 12785<br>Norfolk, VA 23541-0785 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | Santander Consumer USA Inc<br>PO Box 660633<br>Dallas, TX 75266-0633 |
| Santander Consumer USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Afni, Inc.<br>Po Box 3427<br>Bloomington, IL 61702-3427 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Amsher Collection Serv<br>600 Beacon Pkwy W Ste 30<br>Birmingham, AL 35209-3114 | Arrow Financial Servic<br>5996 W Touhy Ave<br>Niles, IL 60714-4610 |
| Ashley Funding Services LLC its successors a<br>assigns as assignee of Syndicated Office<br>Systems, Inc<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Bayview Financial Loan<br>4425 Ponce De Leon Blvd<br>Coral Gables, FL 33146-1873 | Central Finl Control<br>Po Box 66051<br>Anaheim, CA 92816-6051 |
| Dade County Fcu<br>1500 Nw 107th Ave<br>Doral, FL 33172-2706 | Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Gemb/Toro<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Gulf Coast Collection<br>5690 Marquesas Cir<br>Sarasota, FL 34233 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Macys/Fdsb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | National Capital Management, LLC.<br>POB 12786<br>Norfolk VA 23541-0786 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791-3426 | Santander Consumer Usa<br>8585 N Stemmons Fwy Ste<br>Dallas, TX 75247-3822 |
| Selportsvc<br>3815 South West Temple St<br>Salt Lake City, UT 84115-4412 | Special Assistant United State Atty.<br>Assc. Area Counsel (SBSE)<br>Ft. Lauderdale -Royal Palm Bldg.<br>1000 S. Pine Island Rd., #300<br>Ft. Lauderdale, FL 33324-3910 | The Honorable Eric Holder<br>United States Attorney General<br>950 Pennsylvania Avenue, N.W.<br>#4400<br>Washington, DC 20530-0009 |

| | | |
|---|---|---|
| The Honorable R. Alexander Acosta<br>United States Attorney<br>Southern District of Florida<br>99 N.E. 4 St.<br>Miami, FL 33132-2145 | Up/Regionsm<br>Po Box 110<br>Hattiesburg, MS 39403-0110 | Volvo Finance Inc<br>1 Paragon Dr<br>Montvale, NJ 07645-1765 |
| no name on CR Liability | Joshua S Miller Esq<br>9555 N Kendall Dr #211<br>Miami, FL 33176-1978 | Marty L. Taylor-Bey<br>1105 N.W. 151 St.<br>Miami, FL 33169-6109 |
| Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>PO BOX 7999<br>ST CLOUD, MN 56302-9617 | Internal Revenue Service<br>P.O. Box 17167<br>Stop 5760<br>Fort Lauderdale, FL 33324 | (d)Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients   36
Bypassed recipients    1
Total                 37