UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts) www.flsb.uscourts.gov
☐ _____ Amended Plan (indicate 1st, 2nd, etc. amended, if applicable)
**X SEVENTH** Modified Plan (indicate 1st, 2nd, etc. amended, if applicable)
**CASE NO: 11-13536-BKC-RAM**

DEBTOR: **MARTY L. TAYLOR-BEY**
SS#:  XXX-XX-5973
This document is a plan summary. Additional data on file in clerk's office attached to original plan
MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan
A.      **$1,457.83 for months 1 to 53**
B.      **$2,703.62 for month 54 to 60;** In order to pay the following creditors:

| | | |
|---|---|---|
| Administrative: | Attorney's Fee   $5,000.00 + $150.00 costs | Motion to Modify $500.00 Plus Cost $25.00 |
| | Second Motion to Modify 8/3/15  $500.00 Plus Cost $25.00 | |
| | TOTAL PAID $500.00 + $150.00 COST | |
| | Total Owed $5,025.00 | |
| | Payable $84.90/month (Months 1 to 53) | |
| | **Payable $75.00/month (Months 54 to 60)** | |

Secured Creditors:[Retain Liens Pursuant to 11 USC § 1325 (a)(5)]  Mortgage(s)/Liens on Real or Personal Property:

| | |
|---|---|
| **Bayview Financial Loan** | **Arrearage on Petition Date $16,281.21** |
| **4425 Ponce De Leon Blvd** | |
| **Coral Gables Florida 33146** | **Arrears $247.20/month (Months 1 to 53)** |
| **Account # 306325** | **Arrears $454.26/month (Months 54 to 60)** |
| | **Regular Payment $725.58/month (Months 1 to 53)** |
| | **Regular Payment $1,192.73/month (Months 54 to 60)** |
| | |
| **Internal Revenue Service** | **Amount owed on Petition Date $13,127.31** |
| **POB 7317** | |
| **Philadelphia, PA 19010-7317** | **Payment $197.82/month (Months 1 to 53)** |
| **TIN 5973** | **Payment $377.51/month (Months 54 to 60)** |

**X IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Payoff Amount: Value of Collateral | Rate of Interest | Plan Payment | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Santander Consumer USA a/c 3100 | $8,170.00 2003 Ford F150 | 5.25% | $139.13 **$243.09** | 1 to 53 **54 to 60** | $9,075.65 |

Priority Creditors: [as defined in 11U.S.C §50

| | |
|---|---|
| Internal Revenue Service | Total Due $81.98 |
| | Payable $1.55/month (Month 1 to 53) |

Unsecured Creditors:    **Pay $90.66/month (Months 54 to 60)**
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:
  1) The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

_____/s/_____
**MARTY L. TAYLOR-BEY**
Dated: 09/12/15