

# ORDERED in the Southern District of Florida on July 19, 2016.

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

MARTY TAYLOR BEY
    Debtor
_____/

Case No. 11-13536 BKC-RAM
Chapter 13

### ORDER GRANTING DEBTOR'S MOTION TO DEEM BAYVIEW FINANCIAL LOAN CURRENT AS OF MARCH, 2016

THIS CAUSE having come before the court on July 12th, 2016 at 9:00am upon the Debtor's Motion to Deem Bayview Financial Loan Current as of March, 2016, proper notice having been served and based upon the record, it is

**ORDERED AND ADJUDGED** as follows:

1. The Debtor's Motion to Deem Bayview Financial Loan Current as of March, 2016 is GRANTED.
2. All arrears owed are deemed cured and all regular payments to Bayview Financial Loan are deemed current as of March, 2016.
3. Bayview Financial Loan shall waive any and all additional fees and late charges that may have applied as of March, 2016.
4. Debtor shall commence making direct payments to Bayview Financial Loan starting April, 2016.

###

Submitted by:
Joshua S. Miller, P.A.
9555 N. Kendall Drive, Suite 211
Miami, Florida 33176
joshuasmillerpa@bellsouth.net
Phone: 305-274-2922

Joshua S. Miller is directed to serve copies of this order on all interested parties and to file a certificate of service.